**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA
In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Brittany H. Runde and Robert S. Runde, Defendants,

Of whom Robert S. Runde is the Appellant.

In the interests of minors under the age of eighteen.

Appellate Case No. 2024-000365

———————————

Appeal From York County
Thomas Henry White, IV, Family Court Judge

———————————

Unpublished Opinion No. 2024-UP-394
Submitted November 14, 2024 – Filed November 22, 2024

———————————

**AFFIRMED**

———————————

Kimberly Yancey Brooks, of Kimberly Y. Brooks,
Attorney at Law, of Greenville, for Appellant.

Andrew Troy Potter, of Anderson, for Respondent.

Mitzi Campbell Williams, of Lexington, for the Guardian ad Litem.

---

**PER CURIAM:**  Robert S. Runde appeals the family court's final order terminating his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2024).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Runde's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and MCDONALD and TURNER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.